IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **JPMORGAN CHASE BANK, N.A.** §<br>  *Plaintiff*, §<br> §<br>vs. §<br> §<br>**GOODWIN ORTHODONTICS, PLLC,** §<br>**MICHAEL D. GOODWIN,** §<br>**PATRICIA Y. GOODWIN,** §<br>**CHENOA TEXAS, LLC,** §<br>**CHENOA PROPERTIES, LLC, AND** §<br>**MICHAEL D. GOODWIN, D.D.S., M.S., A** §<br>**PROFESSIONAL CORPORATION,** §<br>  *Defendants*. § | CIVIL ACTION NO. 2:12-CV-00057 |

## CERTIFICATE OF INTERESTED PERSONS

Corporate Disclosure:

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff JPMorgan Chase Bank, N.A., discloses that it is a wholly owned indirect subsidiary of JPMorgan Chase & Co., a publicly traded company.

Interested Persons:

Pursuant to the Court's Order of Conference and Disclosure of Interested Persons and Federal Rule of Civil Procedure 7.1, JPMorgan Chase Bank, N.A. ("Chase Bank"), states that the following entities and individuals have a potential financial interest in the outcome of this litigation:

1. JPMorgan Chase Bank, N.A., which is a wholly owned indirect subsidiary of JPMorgan Chase & Co., a publicly traded company;
2. Defendant Goodwin Orthodontics, PLLC;
3. Defendant Michael D. Goodwin;
4. Defendant Patricia Y. Goodwin;
5. Defendant Chenoa Texas, LLC;
6. Defendant Chenoa Properties, LLC; and
7. Defendant Michael D. Goodwin, D.D.S., M.S., a Professional Corporation.

Date: March 6, 2012

        Respectfully submitted,

        JACKSON WALKER L.L.P.

        By: */s/ Richard A. Howell*
        David Curcio
        Texas Bar No. 05252500
        Richard A. Howell
        Texas Bar No. 24056674
        1401 McKinney Street, Suite 1900
        Houston, Texas 77002
        Telephone:  (713) 752-4246
        Facsimile:  (713) 752-4221
        Email: rahowell@jw.com

        **ATTORNEYS FOR PLAINTIFF**
        **JPMORGAN CHASE BANK, N.A.**