**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK, N.A.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **GOODWIN ORTHODONTICS, PLLC,** | ) | **CIVIL ACTION NO. 2:12-CV-00057-J** |
| **MICHAEL D. GOODWIN,** | ) | |
| **PATRICIA Y. GOODWIN,** | ) | |
| **CHENOA TEXAS, LLC,** | ) | |
| **MICHAEL D. GOODWIN, D.D.S., M.S., A** | ) | |
| **PROFESSIONAL CORPORATION** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Come now Goodwin Orthodontics, PCCL, Michael D. Goodwin, Patricia Y Goodwin, Chenoa Texas, LLC, Michael D. Goodwin, D.D.S., M.S., a Professional Corporation, by and through their counsel of record, and hereby make the following disclosures pursuant to Local Rules 3.1(f) and 7.4, and Federal Rule of Civil Procedure 7.1:

1. Goodwin Orthodontics, PCCL, is financially interested in the outcome of this case.

2. Michael D. Goodwin is financially interested in the outcome of this case.

3. Patricia Y Goodwin is financially interested in the outcome of this case.

4. Chenoa Texas, LLC, is financially interested in the outcome of this case.

5. Michael D. Goodwin, D.D.S., M.S., a Professional Corporation, is financially interested in the outcome of this case.

Dated: April 5, 2012.

        Respectfully submitted,

        Clark W. Holesinger
        Indiana State Bar No. 11586-64
        LAW OFFICES OF CLARK W. HOLESINGER
        334 W. 806 N.
        Valparaiso, IN  46385
        Telephone: (219) 763-7246
        attyholesinger@gmail.com

        And

        Bradley W. Howard
        Texas State Bar No. 00786452
        Robert C. Vartabedian
        Texas State Bar No. 24053534
        BROWN & FORTUNATO, P.C.
        905 South Fillmore, Suite 400 (79101)
        P.O. Box 9418
        Amarillo, TX 79105-9418
        Telephone:  (806) 345-6300
        Facsimile:  (806) 345-6363
        bhoward@bf-law.com
        rvartabedian@bf-law.com

        By:    /s/ Bradley W. Howard
               Bradley W. Howard

        **ATTORNEYS FOR DEFENDANTS**

F:\DOCS\4549\001\PLEADING\22Y2345.DOCX

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing document and that a true and correct copy was served on the parties listed below through the electronic case filing system if the Notice of Electronic Filing indicated that the parties received it or otherwise by mailing a copy by Certified Mail, Return Receipt Requested, to the parties this 5th day of April, 2012.

    David Curcio
    Richard A. Howell
    JACKSON WALKER, L.L.P.
    1401 McKinney Street, Suite 1900
    Houston, Texas  77002

                                      /s/ Bradley W. Howard
                                      Bradley W. Howard