IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK, N.A.** | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | |
| | § | **CA NO. 2:12-CV-00057-J** |
| **GOODWIN ORTHODONTICS, PLLC,** | § | |
| **MICHAEL D. GOODWIN,** | § | |
| **PATRICIA Y. GOODWIN,** | § | |
| **CHENOA TEXAS, LLC** | § | |
| **CHENOA PROPERTIES, LLC AND** | § | |
| **MICHAEL D. GOODWIN, D.D.S., M.S., A** | § | |
| **PROFESSIONAL CORPORTION,** | § | |
| *Defendants.* | § | |

## DEFENDANTS' DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants, Goodwin Orthodontics, PLLC, Michael D. Goodwin, Patricia Y. Goodwin, Chenoa Texas, LLC, Chenoa Properties, LLC and Michael D. Goodwin, D.D.S., M.S., A Professional Corporation, designate the following individuals as expert witnesses in this cause in accordance with the Original Rule 16 Scheduling Order:

1. Phillip A. Pluister
   Burke Costanza & Carberry LLP
   9191 Broadway
   Merrillville, IN  46410
   219-769-1313 ext. 150

2. David Lee DeBoer
   3506 Meadowlark Drive
   Valparaiso, IN  46383
   219-464-8862

   3.      Bradley W. Howard
           Robert C. Vartabedian
           Brown & Fortunato, P.C.
           905 S. Fillmore, Suite 400 (79105)
           P.O. Box 9418
           Amarillo, TX  79101
           806-345-6310 – Bradley W. Howard direct line
           806-345-6309 – Robert C. Vartabedian direct line

   4.      Dusty J. Stockard
           Stockard, Johnston & Brown, P.C.
           1800 S. Washington, Suite 115
           Amarillo, TX  79102
           806-372-2202

Mr. DeBoer, Mr. Pluister, Mr. Howard, Mr. Vartabedian and Mr. Stockard may provide testimony as to the damages and attorneys' fees incurred by Defendants or Plaintiff and in rebuttal to attorneys' fees testimony proffered by Plaintiff. This testimony will involve issues about the necessity and reasonableness of attorneys' fees incurred and claimed as damages. The biography and resume of Mr. Pluister and Mr. DeBoer is attached hereto as Exhibit "A." The biographies of Mr. Howard and Mr. Vartabedian are attached hereto as Exhibits "B" and "C," respectively. The biography of Mr. Stockard is attached hereto as Exhibit "D."

They will apply the applicable test used by this Court and in the Fifth Circuit to determine the reasonableness and necessity of each parties' fees. The test may include those factors listed in *Johnson v. Georgia Highway Express*, 488 F.2d 714, 717-719 (5th Cir. 1974) and its progeny.

5. Defendants reserve the right to supplement this designation with additional designation of experts within the time limits imposed by the Court or any alterations of same by subsequent Court Order or agreement of the parties, or pursuant to the Federal Rules of Civil Procedure and/or the Federal Rules of Civil Evidence.

6. Defendants reserve the right to elicit, by way of cross-examination, opinion testimony from experts designated and called by Plaintiff, and express Defendants' intention to call any of the Plaintiff's experts.

7. Defendants reserve the right to call un-designated rebuttal expert witnesses, whose testimony cannot reasonably be foreseen until the presentation of the evidence in this trial.

8. Defendants reserve the right to withdraw the designation of any expert and to aver positively that any such previously designated expert will not be called as a witness at trial, and to re-designate same as a consulting expert, who cannot be called by opposing counsel.

9. Defendants reserve the right to elicit any expert opinion or lay opinion testimony at the time of trial which would be truthful, which would be of benefit to the jury to determine material issues of fact, and which would not violate any existing Court Order or the Federal Rules of Civil Procedure.

10. Defendant hereby designates as adverse parties, and/or witnesses associated with adverse parties, all parties to this suit and all experts designated by any party to this suit, even if the designating party is not a party to the suit at the time of trial.  In the event a present or future party designates an expert but then is dismissed for any reason from the suit or fails to call any designated expert, Defendants reserve the right to designate and/or call any such party or any such experts previously designated by any party.

11. Defendants reserve whatever additional rights they may have with regard to experts, pursuant to the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the case law construing same, and the rulings of said Court.

Respectfully submitted,

Clark W. Holesinger
Indiana State Bar No. 11586-64
LAW OFFICES OF CLARK W. HOLESINGER
334 W. 806 N.
Valparaiso, IN  46385
Telephone: (219) 763-7246
attyholesinger@gmail.com

And

                                Bradley W. Howard
                                Texas State Bar No. 00786452
                                Robert C. Vartabedian
                                Texas State Bar No. 24053534
                                BROWN & FORTUNATO, P.C.
                                905 South Fillmore, Suite 400 (79101)
                                P.O. Box 9418
                                Amarillo, TX 79105-9418
                                Telephone: (806) 345-6300
                                Facsimile: (806) 345-6363
                                bhoward@bf-law.com
                                rvartabedian@bf-law.com

                        By:   /s/ Bradley W. Howard
                                Bradley W. Howard

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

       I hereby certify that I electronically filed the foregoing document and that a true and correct copy was served on the parties listed below through the electronic case filing system if the Notice of Electronic Filing indicated that the parties received it or otherwise by mailing a copy by Certified Mail, Return Receipt Requested, to the parties this 2nd day of July, 2012.

    David Curcio
    Richard A. Howell
    JACKSON WALKER, L.L.P.
    1401 McKinney Street, Suite 1900
    Houston, Texas 77002

                                /s/ Bradley W. Howard
                                Bradley W. Howard

# Phillip A. Pluister

**Practices**
Commercial & Consumer Foreclosure
Commercial & Consumer Collections
Bankruptcy Protecting Creditor's Rights

**Education**
Valparaiso University, 2006
*Juris Doctor*

Indiana University - Bloomington, 2003
*M.A.*

Valparaiso University, 2001
*B.A.*

**Bar Admissions**
Indiana

**Other Court Admissions**
Northern District of Indiana
Southern District of Indiana
Eastern District of Wisconsin
Western District of Wisconsin
Northern District of Illinois
Central District of Illinois
Southern District of Illinois
7th Circuit Court of Appeals

# David DeBoer

**Education**
Valparaiso University School of Law 1975
*Juris Doctor*

**Bar Admissions**
Indiana

**Other Court Admissions**
Northern District of Indiana
Northern District of Texas



Brad and his wife, Nicole, have four children. His hobbies include running, flyfishing and attending his kids' sporting events.

[ Home Page | Accreditation Manual | Practice Areas | Publications | Attorney Profiles | Events | News | History | Recruiting | Employees | Contact Us ]

© 2007. Site designed and maintained by WSI.



EXHIBIT "C" TO DEFENDANTS' DESIGNATION OF EXPERT WITNESSES  Solo Page

Stockard, Johnston & Brown, P.C.



## Dusty J. Stockard

Dusty J. Stockard is a founding partner of Stockard, Johnston and Brown, P.C. and a native of the Amarillo area. His practice focuses on Civil Litigation with his primary work being in the areas of Eminent Domain/Condemnation, Oil & Gas, and Commercial Litigation. In addition to the above, Dusty has had substantial experience in insurance defense, business litigation, and contract litigation.

Dusty has represented many Fortune 500 companies, utility companies, pipeline companies, oil and gas producers, insurance companies, landowners, and a variety of other clients. He has proudly served many of his clients as lead counsel in numerous jury trials across the Panhandle, Special Commissioner hearings, before the Courts of Appeals, and in administrative proceedings.

Dusty and his wife Laurie, also a native of Amarillo, have three children, Brennan, Carly and Chloe.

**Education:**
- Texas Tech University School of Law, J.D., 2000
- West Texas A&M University, B.A., 1996

**Admissions:**
- Texas State Courts
- United States District Courts, Northern District of Texas
- United States Fifth Circuit Court of Appeals
- United States Tax Court
- New Mexico State Courts

**Member:**
- Texas Bar Association
- Amarillo Area Bar Association, (Director 2009-2010)
- New Mexico Bar Association
- Texas Association of Defense Counsel

**Activities:**
- Member Southwest AMBUCS
- United Way Loaned Executive (2003-2004)
- Recruitment Leader for American Diabetes Association (2005)
- Member of Trinity Fellowship Church

Back to Attorneys



| Home | Who We Are | Practice Areas | Attorneys | Contact Us |     Web Design by Spellmann & Associates

http://www.sjblawfirm.com/attorney_d_stockard.php[7/2/2012 3:52:15 PM]

**EXHIBIT "D" TO DEFENDANTS' DESIGNATION OF EXPERT WITNESSES**                    Solo Page