# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK, N.A.** | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | |
| | § | |
| **GOODWIN ORTHODONTICS, PLLC,** | § | **CIVIL ACTION NO. 2:12-CV-00057-J** |
| **MICHAEL D. GOODWIN,** | § | |
| **PATRICIA Y. GOODWIN,** | § | |
| **CHENOA TEXAS, LLC** | § | |
| **CHENOA PROPERTIES, LLC, AND** | § | |
| **MICHAEL D. GOODWIN, D.D.S., M.S., A** | § | |
| **PROFESSIONAL CORPORATION,** | § | |
| *Defendants*. | § | |

## JOINT REPORT ON STATUS OF SETTLEMENT NEGOTIATIONS

Plaintiff JPMorgan Chase Bank, N.A. and Defendants Goodwin Orthodontics, PLLC, Michael D. Goodwin, and Patricia Goodwin, Chenoa Texas, LLC, Chenoa Properties, LLC, and Michael D. Goodwin, D.D.S., M.S., a Professional Corporation file this Joint Report on the Status of Settlement Negotiations as required by the Court's April 6, 2012 Order.

This action was filed in March 2012. No formal settlement offers or demands have been exchanged between the parties or their counsel. Chase has submitted written discovery requests that are still pending in order to request updated financial information for the Defendants. Chase believes this updated information will facilitate settlement discussions. Chase asserts that the loan balances as of July 11, 2012, are: (a) Goodwin Note 01: $596,723.99; (b) Goodwin Note 05: $86,465.98; (c) Chenoa Properties Note: $626,711.71; and (d) Chenoa Texas Note: $663,721.27.

Respectfully submitted,

 /s/ David Curcio
David Curcio
Texas Bar No. 05252500
dcurcio@jw.com
Richard A. Howell
Texas Bar No. 24056674
Jackson Walker LLP
1401 McKinney Street, Suite 1900
Houston, Texas 77002
Telephone:  (713) 752-4246
Facsimile:  (713) 752-4221

**ATTORNEYS FOR PLAINTIFF**


 /s/ Bradley W. Howard (by permission)
Bradley W. Howard
Texas State Bar No. 00786452
Robert C. Vartabedian
Texas State Bar No. 24053534
BROWN & FORTUNATO, P.C.
905 South Fillmore, Suite 400 (79101)
P.O. Box 9418
Amarillo, TX 79105-9418
Telephone: (806) 345-6300
Facsimile: (806) 345-6363
bhoward@bf-law.com
rvartabedian@bf-law.com

Clark W. Holesinger
Indiana State Bar No. 11586-64
LAW OFFICES OF CLARK W. HOLESINGER
334 W. 806 N.
Valparaiso, IN 46385
Telephone: (219) 763-7246
attyholesinger@gmail.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the above ***Joint Status Report on the Status of Settlement Negotiations*** was filed with the Court's ECF filing system, which will provide electronic notification of its filing to all counsel who have appeared in this action, on this the 13th of July, 2012.

      /s/ David S. Curcio
      David S. Curcio