**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | |
|---|---|
| **JPMORGAN CHASE BANK, N.A.** § | |
| *Plaintiff,* § | |
| § | |
| vs. § | |
| § | CA NO. 2:12-CV-00057-J |
| **GOODWIN ORTHODONTICS, PLLC,** § | |
| **MICHAEL D. GOODWIN,** § | |
| **PATRICIA Y. GOODWIN,** § | |
| **CHENOA TEXAS, LLC,** § | |
| **CHENOA PROPERTIES, LLC, AND** § | |
| **MICHAEL D. GOODWIN, D.D.S., M.S.,** § | |
| **A PROFESSIONAL CORPORTION,** § | |
| *Defendants.* § | |

## JOINT SETTLEMENT CONFERENCE STATUS REPORT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW Plaintiff JPMorgan Chase Bank, N.A. and Defendants Goodwin Orthodontics, PLLC, Michael D. Goodwin, and Patricia Goodwin, Chenoa Texas, LLC, Chenoa Properties, LLC, and Michael D. Goodwin, D.D.S., M.S., a Professional Corporation (collectively, the "Parties") and file this Joint Settlement Conference Status Report as required by the Court's July 17, 2012 Order Referring Case to Non-Binding Mediation.

The Parties have discussed the possibility of settlement but have not yet exchanged any specific offers or demands. The Parties intend to use Tad Fowler, Smith & Fowler, 112 W. 8th, Suite 200, Amarillo, TX 79105, as their mediator. The Parties have scheduled a mediation conference with Mr. Fowler at his office, to begin at 9:00 a.m. on Wednesday, August 29, 2012.

Respectfully submitted,

*/s/ David Curcio*
David Curcio, TSB #05252500
Richard A. Howell, TSB #24056674
Jackson Walker LLP
1401 McKinney Street, Suite 1900
Houston, Texas 77002
Telephone:  (713) 752-4246
Facsimile:  (713) 752-4221
dcurcio@jw.com


-AND

Jeff Ritter, TSB #16951400
Don D. Sunderland, TSB #19511800
Alysia Córdova, TSB #24074076
MULLIN HOARD & BROWN, LLP
500 South Taylor, Suite 800, LB #213
P.O. Box 31656
Amarillo, TX 79120-1656
Tel:     806-337-1117
Fax:    806-372-5086
dsunderl@mhba.com
jritter@mhba.com
acordova@mhba.com
www.mullinhoard.com

**ATTORNEYS FOR PLAINTIFF**

<span style="margin-left: 50%">*/s/ Bradley W. Howard*</span>

Bradley W. Howard
Texas State Bar No. 00786452
Robert C. Vartabedian
Texas State Bar No. 24053534
BROWN & FORTUNATO, P.C.
905 South Fillmore, Suite 400 (79101)
P.O. Box 9418
Amarillo, TX 79105-9418
Telephone: (806) 345-6300
Facsimile: (806) 345-6363
bhoward@bf-law.com
rvartabedian@bf-law.com

Clark W. Holesinger
Indiana State Bar No. 11586-64
LAW OFFICES OF CLARK W. HOLESINGER
334 W. 806 N.
Valparaiso, IN 46385
Telephone: (219) 763-7246
attyholesinger@gmail.com

**ATTORNEYS FOR DEFENDANTS**

F:\DOCS\2268\014\PLEADING\23C5402.DOC

<span>

</span>

<span>JOINT SETTLEMENT CONFERENCE STATUS REPORT</span> <span>Page 3 of 3</span>
{4581\19\00526419.DOC / 1}